UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:17-cr-60207-BB

UNITED STATES OF AMERICA,
    Plaintiffs,
vs.

BRITNEY FORTUNE,
    Defendant.
_____/

## MOTION TO MODIFY BOND CONDITIONS

The Defendant, BRITNEY FORTUNE, by and through the undersigned attorney, pursuant to Rule 3.131(d), Florida Rules of Criminal Procedure, moves this Honorable Court to modify conditions of bond, and as grounds would state the following:

1. That the Defendant is sentenced to surrender October 2018, following the birth of her child, with the special condition of an electronic monitor.

2. The Defendant is respectfully requesting that the electronic monitor be removed as it is cutting off circulation to her leg (Photo, Exhibit A).

3. The Defendant's Probation Officer, Alex Barcenes has no objection to remove the monitor and suggests a digital voice box.

WHEREFORE, the Defendant respectfully requests this Honorable Court to modify bond conditions, by deleting the condition of the electronic monitor and replace it with a digital voice box.

/s/ Michael A. Gottlieb
_____
Michael A. Gottlieb, Esquire
Michael A. Gottlieb, P.A.
1311 SE 2nd Avenue
Ft. Lauderdale, Florida 33316
mike@mgottlieblaw.com
Phone: (954) 462-1005
Fax: (954)463-9869
Florida Bar No.: 981133