# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cr-60207-BLOOM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRITNEY ALLISON FORTUNE,

    Defendant.

_____/

## **ORDER ON MOTION TO REDUCE SENTENCE**

**THIS CAUSE** is before the Court upon Defendant's motion to reduce sentence, ECF No. [50], filed on May 1, 2019. The Court has reviewed the Motion, the Government's Response, ECF No. [51], the record and applicable law, and is otherwise fully advised. For the reasons set forth below, the Motion is denied.

In the Motion, Defendant requests, from the Court, early home detention and that her stay at the Keeton Corrections – MINT Program be credited as her halfway house time. However, the Court cannot grant the relief Defendant requests. Under 18 U.S.C. § 3621(b), the Bureau of Prisons ("BOP") shall designate the place of a prisoner's imprisonment. "The BOP also retains discretion to decide how to classify prisoners and choose the institution in which to place them." *United States v. Anderson*, 517 F. App'x 772, 775 (11th Cir. 2013) (citing *Cohen v. United States*, 151 F.3d 1338, 1344 (11th Cir. 1998)). In addition, a district court is not authorized to compute sentence-credit awards after sentencing. *Id.* at 775-76 (citing *Dawson v. Scott*, 50 F.3d 884, 889 (11th Cir. 1995)).

Accordingly, it is **ORDERED AND ADJUDGED** that Defendant's Motion, **ECF No. [50]**, is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 17, 2019.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of record

Britney Allison Fortune
16574-104
Tallahassee Work Release Center
Inmate Mail/Parcels
2616A Springhill Road
Tallahassee, FL 32305