**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 17-cr-60288-BLOOM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRITNEY ALLISON FORTUNE,

    Defendant.
_____/

## ORDER ON MOTION TO REDUCE SENTENCE – (2018) FIRST STEP ACT

**THIS CAUSE** is before the Court upon Defendant Britney Allison Fortune's Motion to Reduce Sentence – (2018) First Step Act, ECF No. [53] ("Motion"), filed on June 6, 2019. Plaintiff the United States of America ("Government") has not filed a response. The Court has reviewed the Motion, the record in this case and applicable law, and is otherwise fully advised. For the reasons set forth below, the Motion is denied.[1]

In the Motion, Defendant requests that the Court determine whether she may be eligible for relief under the First Step Act "for the non-violent offenders." As such, Fortune appears to be contending that she may be eligible for relief under the safety valve provision, 18 U.S.C. § 3553(f). The First Step Act of 2018 ("Act"), passed on December 21, 2018, expanded the safety valve provision, which allows courts to sentence low-level, nonviolent drug offenders with minor criminal histories to less than the required mandatory minimum for an offense. However, by its terms, the safety valve does not apply to Fortune, who was adjudicated guilty of Counts 10 and 11

---

[1] Fortune also requests that the Court help her determine a date for a halfway house because she has not been paired with a case manager in over three months. However, as the Court previously noted, the Court is not authorized to provide the relief she requests. *See* ECF No. [52].

of the Indictment charging bank fraud in violation of 18 U.S.C. § 1344. *See* ECF No. [34]. As a result, the safety valve does not apply to her. *See* 18 U.S.C. § 3553(f) ("Notwithstanding any other provision of law, in the case of an offense under . . . 21 U.S.C. 841, 844, 846[], . . . 21 U.S.C. 960, 963[], or section 70503 or 70506 of title 46, the court shall impose a sentence pursuant to guidelines . . . without regard to any statutory minimum sentences . . . .").

Moreover, the only portion of the First Step Act that expressly permits a Court to reduce a previously-imposed sentence is Section 404, which allows courts to retroactively apply certain portions of the Fair Sentencing Act of 2010 regarding the statutory penalties for offenses involving cocaine base. The authority to reduce a sentence under the First Step Act applies only to (1) federal crack cocaine offenses, (2) committed prior to August 3, 2010, (3) for which the Fair Sentencing Act modified the statutory penalty range. Thus, Fortune is similarly not eligible for relief under Section 404 because she was not convicted of an offense covered by the First Step Act.

Accordingly, it is **ORDERED AND ADJUDGED** that Defendant's Motion, **ECF No. [53]**, is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on June 24, 2019.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of record

Britney Allison Fortune
16574-104
Tallahassee Work Release Center
Inmate Mail/Parcels
2616A Springhill Road

Tallahassee, FL 32305