U.S. Department of Justice
*United States Attorneys*

FILED BY_____D.C.

APR - 1 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

# United States District Court
## for the Southern District of Florida

NO. 17-60207-Bloom

**UNITED STATES OF AMERICA**

Inmate Name: Britney Allison Fortune, a/k/a "Britney Mitchell,"

v.

Inmate #: 382000355

Britney Allison Fortune,
a/k/a "Britney Mitchell,"   /

### PETITION WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by its United States Attorney, shows to the Court:

1. A violation of supervised release hearing is pending in this Court against Britney Allison Fortune, a/k/a "Britney Mitchell," the above styled case, and it is set for as to the defendant on April 30, 2021, at 9:00am. at U.S. District Court, 400 N. Miami Avenue, 7th Floor Miami, Florida 33128

2. The defendant is now confined in the North Broward Bureau at 1550 NW 30th Avenue, Pompano Beach, FL 33069

3. It is necessary to have the defendant before this Court for a violation of supervised release hearing as aforesaid.

WHEREFORE, this petitioner prays that this Honorable Court issue a writ of habeas corpus ad prosequendum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into custody the body of the defendant and have the defendant before this Court at the time and place above specified for said violation of supervised release hearing and upon completion of all proceedings to return the defendant to the custody of the Warden of the aforesaid penal institution; and also directing the Warden to deliver the defendant into the custody of any United States Marshal for this purpose.

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

By: *[signature]*
JENNIFER A. KEENE
ASSISTANT UNITED STATES ATTORNEY

cc:   U.S. Attorney (AUSA Jennifer A. Keene )